George N. Styliades, Esquire
LAW OFFICES OF GEORGE N. STYLIADES
214 West Main Street
Suite 105
Moorestown, NJ 08057-2345
(856) 482-8877
gstyliades@styliadeslaw.com

Attorney for Defendant,
Vanguard Logistics Services (USA), Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| GARY BEAUMONT, | No. 2:22-cv-02715-WJM-LDW |
| Plaintiff, | |
| v. | **NOTICE OF MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |
| VANGUARD LOGISTICS SERVICES (USA), INC. and JOHN DOES 1-10 (Fictitious Name) and ABC COMPANIES 1-10 (Fictitious Name), | |
| Defendants. | |

TO: Steven D. Rothblatt, Esquire
　　LAW OFFICES OF STEVEN D. ROTHBLATT
　　197 Route 18 South, Suite 3000
　　East Brunswick, NJ 08816

**PLEASE TAKE NOTICE** that upon the annexed Certification of George P. Hassapis, sworn to on May 25, 2022, and the accompanying Memorandum of Law, the undersigned counsel for defendant, Vanguard Logistics Services (USA), Inc., will move this Court, before the Honorable William J. Martini, on June 21, 2022 at the United States District Court for the District of New Jersey, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey for an Order, pursuant to 28 U.S.C. §1404(a), transferring venue in this action to the United States District Court for the Southern District of New York, and for such other and further relief as this Honorable Court deems just and proper under the circumstances.

        Respectfully submitted,

        LAW OFFICES OF GEORGE N. STYLIADES

        <u>/s/ George N. Styliades</u>
        George N. Styliades
        Attorney ID No. 016361989
        214 West Main Street
        Suite 105
        Moorestown, NJ 08057-2345
        (856) 482-8877
        gstyliades@styliadeslaw.com

        Attorney for Defendant

Date: May 26, 2022