# Seafreight Shippers Letter of Instruction 

| Shipper: | Mr Gary Beaumont | Vanguard Booking Number: | SYDNYC1227012V |
|---|---|---|---|
| | 2/18 Ocean Street | Booked by (Company Name): | Park Express Australia P/L |
| | Thirroul NSW 2515 | Shippers Reference Number: | ES1078 |
| | Australia | Consignee Reference Number: | |
| Email Address: | Gtb.88@vigpind.com | Shipment Terms: | PREPAID |
| Phone: | +61418218470 | Quote Number: | WD2104102639 |
| Consignee: | Mr Gary Beaumont | VLS to arrange EDN: | YES ☐ NO ✓ |
| | 166 Charlton Road | If NO, please provide CAN: | AEK9FM3WE |
| | Balston Spa NY 12021 USA | If YES, Country of Origin of goods: (State if country is Australia) | AUSTRALIA |
| | | VLS to arrange Pick Up: | YES ☐ NO ✓ |
| Email Address: | Gtb.88@vigpind.com | If YES, please provide Pick Up Address: | |
| Phone: | +61418218470 | | |
| Notify Party: | As Above | Between the Hours: | |
| | | Special Pick Up Instructions: | |
| | | Hazardous Cargo: | YES ☐ NO ✓ |
| | | Original HBL Required: | YES ☐ NO ✓ |
| Email Address: | | HS Number: | 87112000/49119100/87120000/85232900 |
| Phone: | | VLS to obtain FCL VGM: | YES ☐ NO ✓ |
| Vessel: | SYNERGY KEELUNG v 114N | Port of Loading: | SYDNEY |
| Discharge Port: | LOS ANGELES | Final Destination: | NEW YORK |

| Marks & Numbers | Number and Type of packages | Good Description | Gross Cargo Weight (KG) | Total CBM Measurement |
|---|---|---|---|---|
| AS ADDR | 1 | 1 X USED MOTORCYLCE / RIDING GEAR | 240 | 4.748 |
| | CRATE | ASSORTED FRAMED PRINTS | | |
| | | DVD COLLECTION | | |
| | | 1 X USED BICYCLE | | |

Special Instructions:

| Charges Payable by: | Shipper | Consignee | Other | If other, please state | | Signed: | |
|---|---|---|---|---|---|---|---|
| Origin Cartage | | | | | | Date: | |
| Export Clearance & Doc | | | | | | Phone Number: | |
| Freight | | | | | Name: | | |
| Destination Charges | | | | | Email Address: | | |

### Delivery Address
**QUBE Logistics**
Loftus Road Entrance – Warehouse 5
Yennora Distribution Centre, Yennora NSW 2161
Delivery Hours: Monday – Friday 6:00am - 3:00pm

### Delivery Instructions
- Cargo must have shipping marks & numbers
- A completed Forwarding Instruction with Vanguard booking number must be presented when delivering the goods.

vanguardlogistics.com
Level 2, 12 Lord Street, Botany NSW 2019, Australia
Phone +61 2 9694 9900 | ABN 38 082 987 773 | O.T.I.#017237N
All business undertaken is subject to the Company's Standard Trading Conditions, which may limit or exclude the Company's liability and contain indemnities benefiting the Company, copies of which are available upon request.