George N. Styliades, Esquire
LAW OFFICES OF GEORGE N. STYLIADES
214 West Main Street
Suite 105
Moorestown, NJ 08057-2345
(856) 482-8877
gstyliades@styliadeslaw.com

Attorney for Defendant,
Vanguard Logistics Services (USA), Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| GARY BEAUMONT, | No. 2:22-cv-02715-WJM-LDW |
| Plaintiff, | |
| v. | |
| VANGUARD LOGISTICS SERVICES (USA), INC. and JOHN DOES 1-10 (Fictitious Name) and ABC COMPANIES 1-10 (Fictitious Name), | **ORDER** |
| Defendants. | |

AND NOW, this _____ day of _____, 2022, in consideration of the Motion to Transfer Venue to the United States District Court for the Southern District of New York which was

filed by counsel for defendant, Vanguard Logistics Services (USA), Inc., the Declaration of George P. Hassapis, the Memorandum of Law in Support of the Motion to Transfer Venue to the United States District Court for the Southern District of New York, any and all papers filed by counsel and/or the parties in opposition or reply thereto, oral argument, if any, and for good cause shown, it is hereby

ORDERED that the Motion to Transfer Venue to the United States District Court for the Southern District of New York is GRANTED; it is further

ORDERED that this case is TRANSFERRED from the United States District Court for the District of New Jersey to the United States District Court for the Southern District of New York; it is further

ORDERED that the Clerk of the United States District Court for the District of New Jersey shall transmit the electronically stored court file in the within case to the Clerk of the United States District for the Southern District of New York with reasonable dispatch, at which time this case shall be CLOSED in the within court.

IT IS SO ORDERED.

_____
J.