George N. Styliades, Esquire
LAW OFFICES OF GEORGE N. STYLIADES
214 West Main Street
Suite 105
Moorestown, NJ 08057-2345
(856) 482-8877
gstyliades@styliadeslaw.com

Attorney for Defendant,
Vanguard Logistics Services (USA), Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

_____
GARY BEAUMONT,                            : No. 2:22-cv-02715-WJM-LDW
                                          :
        Plaintiff,                       :
                                          :
        v.                               :
                                          :
VANGUARD LOGISTICS SERVICES (USA),        : **CERTIFICATE OF SERVICE**
INC. and JOHN DOES 1-10                   :
(Fictitious Name)                         :
and ABC COMPANIES 1-10                    :
(Fictitious Name),                        :
                                          :
        Defendants.                      :
_____:

      I hereby certify that true and correct copies of the *e-filed* Notice of Motion to Transfer Venue to the United States District Court for the Southern District of New York, the Declaration of

George P. Hassapis, the Memorandum of Law in Support of Motion to Transfer Venue to the United States District Court for the Southern District of New York, and the Proposed Order were forwarded to the below listed counsel by e-mail transmission and first class mail, postage prepaid, this 26th day of May 2022.

                    Steven D. Rothblatt, Esquire
              LAW OFFICES OF ROTHBLATT LAW, LLC
               197 Route 18 South, Suite 3000
                  East Brunswick, NJ 08816

                                      LAW OFFICES OF GEORGE N. STYLIADES

                                      <u>/s/ George N. Styliades</u>
                                        George N. Styliades