UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/6/2023
```

GARY BEAUMONT,

                    Plaintiff,

          -against-

VANGUARD LOGISTICS SERVICES (USA),
INC. et al.,

                    Defendants.

22-cv-6235 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

          In the first paragraph of the parties' proposed Case Management Plan, the parties state that they consent to conducting all further proceedings before the Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c) [ECF No. 25].  Accordingly, IT IS HEREBY ORDERED that the Initial Conference that was scheduled to take place before Judge Vyskocil on January 9, 3023 is ADJOURNED *sine die*.  IT IS FURTHER ORDERED that, by January 11, 2023, the parties shall file either a fully executed notice of consent to the jurisdiction of the Magistrate Judge, or a joint letter informing the Court that not all parties consent to proceed before the Magistrate Judge.  The joint letter should not state which parties do not consent.

          The form notice of consent to the jurisdiction of the Magistrate Judge is available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

**SO ORDERED.**

**Date:  January 6, 2023
        New York, NY**

**MARY KAY VYSKOCIL
United States District Judge**