UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/6/2023
```

GARY BEAUMONT,

                    Plaintiff,

          -against-                                    22-cv-6235 (MKV)

VANGUARD LOGISTICS SERVICES (USA),            ORDER
INC. et al.,

                    Defendants.

MARY KAY VYSKOCIL, United States District Judge:

        IT IS HEREBY ORDERED that the status conference that was previously scheduled to

take place on April 10, 2023 is ADJOURNED to May 22, 2023 at 10:30 a.m.

**SO ORDERED.**

**Date:  April 6, 2023**                    **MARY KAY VYSKOCIL**
**      New York, NY**                      **United States District Judge**