USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY BEAUMONT,

                Plaintiff,

-against-

VANGUARD LOGISTICS SERVICES (USA), INC. et al.,

                Defendants.

22-cv-6235 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    In light of the pending motion for reconsideration [ECF No. 51], the Status Conference scheduled for October 26, 2023 at 10:00 AM is ADJOURNED to December 6, 2023 at 11:00 AM.

**SO ORDERED.**

Date: October 4, 2023
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**