```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY BEAUMONT,

                Plaintiff,

-against-

VANGUARD LOGISTICS SERVICES (USA), INC., POLICE OFFICERS JOHN DOES 1-10, and ABC COMPANIES 1-10,

                Defendants.

22-cv-6235 (MKV)

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

      On September 27, 2023, the Court scheduled a post-discovery conference for October 26, 2023. [ECF No. 50.] The Court directed the parties to file "a joint status letter and any pre-motion submissions . . . one week before the conference." [ECF No. 50.] *See also* Civil Case Management Plan and Scheduling Order ¶ 16. The post-discovery conference was later adjourned to December 6, 2023. [ECF No. 53.] Notwithstanding the several week adjournment of the post-discovery conference, no joint status letter or pre-motion submissions were filed in advance of the December 6 conference.

      Accordingly, IT IS HEREBY ORDERED that **on or before December 5, 2023 at 11:00 AM**, counsel for both parties shall show cause, in writing, why they have failed to comply with the Court's orders and deadlines. The parties are FURTHER DIRECTED to file a **joint** status letter **on or before December 5, 2023 at 11:00 AM**, as directed in this Court's September 27, 2023 Order *and* the Civil Case Management Plan and Scheduling Order.

      **The parties are on notice that continued failure to comply with court orders or any Local or Individual Rule of this Court may result in preclusion of claims, evidence, or**

**defenses; monetary sanctions, including on counsel personally; and/or dismissal of this action.**

SO ORDERED.

Date: December 4, 2023
      New York, NY

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**