*Kennedy Lillis Schmidt & English*
*125 Maiden Lane*
*New York, N.Y. 10038-4753*
*Telephone: 212-430-0800*
WWW.KLSELAW.COM

Charles E. Schmidt
CSCHMIDT@KLSELAW.COM
DIRECT DIAL: 212-430-0802

June 26, 2023

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: Beaumont v.
         Vanguard Logistics
         1: 22-cv-6235 (MKV) (JW)
         KLSE File: 6481

Honorable Madam:

  We represent the Defendant in this action.

  We submit herewith our declaration on behalf of the Defendant in response to the Court's Order to Show issued today.

           Respectfully submitted,

           KENNEDY LILLIS SCHMIDT & ENGLISH

           By: *[signature]*
             Charles E. Schmidt

CES/

K:\6481_VLS(BEAUMONT)\6481_CT04.DOCX