```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY BEAUMONT,

                Plaintiff,

-against-                      22-cv-6235 (MKV)

VANGUARD LOGISTICS SERVICES (USA),        **ORDER**
INC., POLICE OFFICERS JOHN DOES 1-10, and
ABC COMPANIES 1-10,

                Defendants.

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter filed by Defendants, informing the Court that they have "a calendar conflict" on December 6, 2023 at 11:00 AM. [*See* ECF No. 58.] Defense counsel seeks an adjournment of the December 6, 2023 status conference and an extension of time for the parties to submit a joint status letter.

    IT IS HEREBY ORDERED that **by noon on December 5, 2023**, counsel for both parties shall inform the Court via email of what Defendants' "calendar conflict" is. In that email, the parties should further advise the Court what times counsel are available for a conference <u>on December 6, 2023</u>. It is FURTHER ORDERED that the deadline to submit the <u>joint</u> status letter is ADJOURNED to **December 5, 2023 at 5:00 PM**.

    <u>**The parties are on notice that failure to comply with court orders or any Local or Individual Rule of this Court may result in preclusion of claims, evidence, or defenses; monetary sanctions, including on counsel personally; and/or dismissal of this action.**</u>

**SO ORDERED.**

Date: December 4, 2023                                  _____
      New York, NY                                      **MARY KAY VYSKOCIL**
                                                          **United States District Judge**