# KEVIN KERVENG TUNG, P.C.
Attorneys and Counselors at Law

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

December 4, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re:      Beaumont v. Vanguard Logistics Services (USA), Inc. ("VLS")
               Docket No.: 1:22-sv-06235-MKV

Dear Hon. Vyskocil:

      As you know the undersigned represents the plaintiff in connection with the above referenced matter. I am writing in response to the Court's Order to Show Cause issued today. I was engaged in a civil trial before Honorable William F. Kuntz for the Jones v. Mayflower International Hotel Group, Inc., Case Number: 1:15-cv-04435-WFK-JRC. The trial begins today and it is expected to last until Friday, December 8, 2023. A copy of the Notie of Electronic Filing is enclosed herewith as Exhibit "A".

      A joint status letter was not filed timely because we are confused by the Notice of Case Reassignment, which had informed us that the case was assigned to Judge Dale E. Ho. I would be able to work with Defendants' counsel to file the joint letter timely by next Tuesday, December 12, 2023 unless the trial is not completed by this Friday, December 8, 2023.

      Because I am currently engaged in a trial, I will not be able to do a conference on December 6, 2023. I will be able to come to court to attend a conference in person anytime on December 12, 2023. I can still work with Counsel for the Defendants for the joint letter at night after I return to office after attending the trial during the day.

      I would like to request on behalf of the Plaintiff that we can have a settlement conference scheduled before the trial if the Counsel for Defendants does not object, because discovery is completed and motion for summary judgment has been decided.

      Should the Court have any question, please feel free to contact the undersigned.

1

2

Very truly yours,

*[signature]*

Kevin K. Tung

2

**Exhibit "A"**

Case 1:22-cv-06235-MKV   Document 60   Filed 12/05/23   Page 4 of 4

12/4/23, 11:24 PM        Yahoo Mail - Activity in Case 1:15-cv-04435-WFK-JRC Jones v. Mayflower International Hotel Group, Inc et al Jury Selection

## Activity in Case 1:15-cv-04435-WFK-JRC Jones v. Mayflower International Hotel Group, Inc et al Jury Selection

From: ecf_bounces@nyed.uscourts.gov

To: nobody@nyed.uscourts.gov

Date: Monday, December 4, 2023 at 06:17 PM EST

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 12/4/2023 at 6:16 PM EST and filed on 12/4/2023

**Case Name:**  Jones v. Mayflower International Hotel Group, Inc et al
**Case Number:**  1:15-cv-04435-WFK-JRC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge William F. Kuntz, II: Jury Selection held on 12/4/2023. Case called. Plaintiff appeared with Counsels Jeffrey Risman, Esq. Evan Brustein, Esq. and Joshua Parkhurst, Esq. Counsel Kevin Tung, Esq. appeared on behalf of the Defendants. Voir dire held. Jury sworn. The Court gives its opening charge. Plaintiff opens. Defense opens. The following witness was sworn and testified: Zhou Yang Liu. (Court Reporter Anthony Frisolone.) (SY)**

**1:15-cv-04435-WFK-JRC Notice has been electronically mailed to:**

Kevin K. Tung    ktung@kktlawfirm.com

Joshua Samuel Carlo Parkhurst    jparkhurst@parkhurstlawfirm.com, joshuaparkhurst@gmail.com, jparkhurst@gileslawfirmllc.com

Elio Forcina    forcinalaw@gmail.com

Ge Li    gli@kktlawfirm.com

Evan Brustein    evan@brusteinlaw.com, evan.brustein@gmail.com

Jeffrey Gedaly Risman    jrisman@risman-law.com

**1:15-cv-04435-WFK-JRC Notice will not be electronically mailed to:**