USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY BEAUMONT,

                Plaintiff,

     -v-

VANGUARD LOGISTICS SERVICES (USA), INC.
POLICE OFFICERS JOHN DOES 1-10, and
ABC COMPANIES 1-10

                Defendants.
------------------------------------------------------------X

<u>ORDER</u>

22-CV-6235 (MKV) (RFT)

**ROBYN F. TARNOFSKY, United States Magistrate Judge.**

      By Order of Reference dated December 6, 2023 (ECF 63), Judge Mary Kay Vyskocil referred this case to Magistrate Judge Jennifer E. Willis for settlement. On December 7, 2023, that referral was reassigned to me. I have therefore scheduled a settlement conference in this matter for **Thursday, December 21, 2023, at 9:00 a.m.** The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

      If this date is not convenient for the parties, counsel should e-mail my deputy clerk, Anne Zeng-Huang, at Anne_Huang@nysd.uscourts.gov on or before **December 11, 2023,** to propose three alternative dates and times for the settlement conference during the week of January 2, 2024.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my

Individual Rules of Practice. Pre-conference submissions must be received no later than **Monday, December 18, 2023, at 5:00 p.m.**

Dated:   New York, New York
         December 7, 2023

SO ORDERED.

_____
Robyn F. Tarnofsky
United States Magistrate Judge